IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDRAS SZANTHO, As Personal
Representative of the Wrongful Death
Estate of FLORIN IORDACHE,

    Plaintiff,

v.                                                              Case No. 1:25-cv-108 JCH/SCY

GREAT DANE LLC; GREAT DANE LIMITED PARTNERSHIP;
GREAT DANE TRAILERS; CRA TRAILERS, INC.;
AND THERMO KING FRESNO, INC.,

    Defendants.

## ORDER GRANTING GREAT DANE, LLC'S
## MOTION TO SEAL AMENDED CORPORATE DISCLOSURES

THIS MATTER came before the Court on Great Dane, LLC's Unopposed Motion to Seal its Amended Corporate Disclosure, with all parties concurring in the granting of the motion. Having read the motion and being fully advised in the premises, the Court finds that there is good cause for granting the motion.

IT IS HEREBY ORDERED that the Amended Corporate Disclosure for Defendant Great Dane in the above-referenced case shall be permanently sealed. Access to the pleading shall be limited to the Court and the case participants only.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE

Submitted by:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____
     Jeffrey M. Croasdell
Attorneys for Great Dane Defendants


Approved by:

By: *Reed Colfax via e-mail on 4/24/2025*
     Reed Colfax
Attorneys for Plaintiffs

By: *Moses Winston via e-mail on 4/24/2025*
     Moses Winston
Attorneys for Thermo King