# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANDRAS SZANTHO, as Personal Representative of the Wrongful Death Estate of FLORIN IORDACHE,

    Plaintiff,

v.

GREAT DANE LLC; GREAT DANE LIMITED PARTNERSHIP; GREAT DANE TRAILERS; CRA TRAILERS, INC.; and THERMO KING FRESNO, INC.,

    Defendants.

Case No. 1:25-cv-108-JCH-SCY

## CERTIFICATE OF SERVICE OF PLAINTIFFS' FIRST SET OF INTERROGATORIES TO GREAT DANE

Pursuant to Local Rule 26.2(b), I hereby certify that on this 12th day of June 2025, I served Plaintiffs' First Set of Interrogatories and a copy of this Certificate of Service via electronic mail to Defendants' counsel of record as follows:

> Jeffrey M. Croasdell
> RODEY, DICKASON, SLOAN, AKIN & ROBB
> PO Box 1888
> Albuquerque, NM 87103-1888
> (505) 765-5900
> Fax: 505-768-7395
> Email: jcroasdell@rodey.com
>
> *Attorney for Defendants*

Dated: June 12, 2025
                                                    Respectfully submitted,

                                                                            By: /s/ Reed Colfax
                                                                               Reed Colfax, Esq.

Emahunn Campbell, Esq.
RELMAN COLFAX, PC
7 Upper Pond Road
Santa Fe, NM 87505
P: 505-699-8494
rcolfax@relmanlaw.com
ecampbell@relmanlaw.com

Lee R. Hunt, Esq.
Aimee S. Bevan, Esq.
HUNT LAW FIRM
518 Old Santa Fe Trail, #501
Santa Fe, New Mexico 87505
P: (505) 954-4868
F: (505) 819-0022
lee@huntlaw.com
aimee@huntlaw.com

*Attorneys for Plaintiff*