### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANDRAS SZANTHO, as Personal Representative of the Wrongful Death Estate of FLORIN IORDACHE,<br><br>    Plaintiff,<br><br>    v.<br><br>GREAT DANE LLC; GREAT DANE LIMITED PARTNERSHIP; GREAT DANE TRAILERS; CRA TRAILERS, INC.; and THERMO KING FRESNO, INC.,<br><br>    Defendants. | Case No. 1:25-cv-108-JCH-SCY |

### CERTIFICATE OF SERVICE OF PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO GREAT DANE

Pursuant to Local Rule 26.2(b), I hereby certify that on this 12th day of June 2025, I served Plaintiffs' First Set of Requests for Production of Documents and a copy of this Certificate of Service via electronic mail to Defendants' counsel of record as follows:

>   Jeffrey M. Croasdell
>   RODEY, DICKASON, SLOAN, AKIN & ROBB
>   PO Box 1888
>   Albuquerque, NM 87103-1888
>   (505) 765-5900
>   Fax: 505-768-7395
>   Email: jcroasdell@rodey.com
>
>   *Attorney for Defendants*

Dated: June 12, 2025                                        Respectfully submitted,

                                                            By: /s/ Reed Colfax
                                                            Reed Colfax, Esq.

Emahunn Campbell, Esq.
RELMAN COLFAX, PC
7 Upper Pond Road
Santa Fe, NM 87505
P: 505-699-8494
rcolfax@relmanlaw.com
ecampbell@relmanlaw.com

Lee R. Hunt, Esq.
Aimee S. Bevan, Esq.
HUNT LAW FIRM
518 Old Santa Fe Trail, #501
Santa Fe, New Mexico 87505
P: (505) 954-4868
F: (505) 819-0022
lee@huntlaw.com
aimee@huntlaw.com

*Attorneys for Plaintiff*