# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANDRAS SZANTHO, as Personal Representative of the Wrongful Death Estate of FLORIN IORDACHE,<br><br>  Plaintiff,<br><br>v.<br><br>GREAT DANE LLC; GREAT DANE LIMITED PARTNERSHIP; GREAT DANE TRAILERS; CRA TRAILERS, INC.; and THERMO KING FRESNO, INC.,<br><br>  Defendants. | Case No. 1:25-cv-108-JCH-SCY |

## CERTIFICATE OF SERVICE OF PLAINTIFFS' FIRST SET OF INTERROGATORIES TO THERMO KING FRESNO, INC.

Pursuant to Local Rule 26.2(b), I hereby certify that on this 12th day of June 2025, I served Plaintiffs' First Set of Interrogatories and a copy of this Certificate of Service via electronic mail to Defendant's counsel of record as follows:

  Moses B. Winston, V
  MAYER LLP
  4101 Indian School Rd. NE, Suite 301n
  Albuquerque, NM 87110
  505-483-1840
  Email: mwinston@mayerllp.com

  *Attorney for Defendant*

Dated: June 12, 2025                               Respectfully submitted,

                                                   By: /s/ Reed Colfax
                                                   Reed Colfax, Esq.
                                                   Emahunn Campbell, Esq.
                                                   RELMAN COLFAX, PC
                                                   7 Upper Pond Road

Santa Fe, NM 87505
P: 505-699-8494
rcolfax@relmanlaw.com
ecampbell@relmanlaw.com

Lee R. Hunt, Esq.
Aimee S. Bevan, Esq.
HUNT LAW FIRM
518 Old Santa Fe Trail, #501
Santa Fe, New Mexico 87505
P: (505) 954-4868
F: (505) 819-0022
lee@huntlaw.com
aimee@huntlaw.com

*Attorneys for Plaintiff*