# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANDRAS SZANTHO, as Personal
Representative of the Wrongful Death
Estate of FLORIN IORDACHE,

        Plaintiff,

v.

GREAT DANE LLC; GREAT DANE
LIMITED PARTNERSHIP;
GREAT DANE TRAILERS; CRA
TRAILERS, INC.; and
THERMO KING FRESNO, INC.,

        Defendants.

Case No. 1:25-cv-108-JCH-SCY

## CERTIFICATE OF SERVICE OF PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO THERMO KING FRESNO, INC.

Pursuant to Local Rule 26.2(b), I hereby certify that on this 12th day of June 2025, I served Plaintiffs' First Set of Requests for Production of Documents and a copy of this Certificate of Service via electronic mail to Defendant's counsel of record as follows:

    Moses B. Winston, V
    MAYER LLP
    4101 Indian School Rd. NE, Suite 301n
    Albuquerque, NM 87110
    505-483-1840
    Email: mwinston@mayerllp.com

    *Attorney for Defendant*

Dated: June 12, 2025

                            Respectfully submitted,

                            By: /s/ Reed Colfax
                            Reed Colfax, Esq.
                            Emahunn Campbell, Esq.

RELMAN COLFAX, PC
7 Upper Pond Road
Santa Fe, NM 87505
P: 505-699-8494
rcolfax@relmanlaw.com
ecampbell@relmanlaw.com

Lee R. Hunt, Esq.
Aimee S. Bevan, Esq.
HUNT LAW FIRM
518 Old Santa Fe Trail, #501
Santa Fe, New Mexico 87505
P: (505) 954-4868
F: (505) 819-0022
lee@huntlaw.com
aimee@huntlaw.com

*Attorneys for Plaintiff*