# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANDRAS SZANTHO, as Personal Representative of the Wrongful Death Estate of FLORIN IORDACHE,<br><br>Plaintiff,<br><br>v.<br><br>GREAT DANE LLC; GREAT DANE LIMITED PARTNERSHIP; GREAT DANE TRAILERS; CRA TRAILERS, INC.; and THERMO KING FRESNO, INC.,<br><br>Defendants. | Case No. 1:25-cv-108-JCH-SCY |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S RESPONSE TO THERMO KING FRESNO, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Local Rule 26.2(b), I hereby certify that on this 17th day of June 2025, I served Plaintiff's Responses to Defendant Thermo King Fresno, Inc.'s First Requests for Production of Documents and a copy of this Certificate of Service via electronic mail to Defendant's counsel of record as follows:

Moses B. Winston, V
MAYER LLP
4101 Indian School Rd. NE, Suite 301n
Albuquerque, NM 87110
505-483-1840
Email: mwinston@mayerllp.com
*Attorney for Defendant*

Dated: June 10, 2025                                              Respectfully submitted,

                                                                 /s/ Emahunn Campbell
                                                                 Emahunn Campbell
                                                                 Reed Colfax

2

RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
ecampbell@relmanlaw.com
rcolfax@relmanlaw.com

Lee R. Hunt, Esq.
Aimee S. Bevan, Esq.
HUNT LAW FIRM
518 Old Santa Fe Trail, #501
Santa Fe, New Mexico 87505
P: (505) 954-4868
F: (505) 819-0022
lee@huntlaw.com
aimee@huntlaw.com

*Attorneys for Plaintiff*