## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANDRAS SZANTHO, as Personal
Representative of the Wrongful Death
Estate of FLORIN IORDACHE,

Plaintiff,

v.

GREAT DANE LLC; GREAT DANE
LIMITED PARTNERSHIP; GREAT DANE
TRAILERS; CRA TRAILERS, INC.; and
THERMO KING FRESNO, INC.,

Defendants.

Case No. 1:25-cv-108-JCH-SCY

### CERTIFICATE OF SERVICE OF PLAINTIFF'S RESPONSE TO THERMO KING FRESNO, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Local Rule 26.2(b), I hereby certify that on this 17th day of June 2025, I

served Plaintiff's Responses to Defendant Thermo King Fresno, Inc.'s First Requests for

Production of Documents and a copy of this Certificate of Service via electronic mail to

Defendant's counsel of record as follows:

Moses B. Winston, V
MAYER LLP
4101 Indian School Rd. NE, Suite 301n
Albuquerque, NM 87110
505-483-1840
Email: mwinston@mayerllp.com
*Attorney for Defendant*

Dated: June 17, 2025

Respectfully submitted,

/s/ Emahunn Campbell
Emahunn Campbell
Reed Colfax

2

RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
ecampbell@relmanlaw.com
rcolfax@relmanlaw.com

Lee R. Hunt, Esq.
Aimee S. Bevan, Esq.
HUNT LAW FIRM
518 Old Santa Fe Trail, #501
Santa Fe, New Mexico 87505
P: (505) 954-4868
F: (505) 819-0022
lee@huntlaw.com
aimee@huntlaw.com

*Attorneys for Plaintiff*