**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANDRAS SZANTHO, As Personal
Representative of the Wrongful Death
Estate of FLORIN IORDACHE,

    Plaintiff,

v.                                                                  Case No. 1:25-cv-108 JFR/SCY

GREAT DANE LLC; GREAT DANE
LIMITED PARTNERSHIP; GREAT
DANE TRAILERS; CRA TRAILERS,
INC.; AND THERMO KING FRESNO, INC.,

    Defendants.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 18, 2025, undersigned counsel electronically served Great Dane, LLC, Answers and Responses to Plaintiff's First Set of Interrogatories, and Great Dane LLC's Answers and Responses to Plaintiff's First set of Requests for Production to Great Dane, along with the Verification of Daniel Carter and a copy of this Certificate.

                                              RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____
                                          Jeffrey M. Croasdell
                                    Post Office Box 1888
                                    Albuquerque, New Mexico 87103
                                    Telephone: (505) 765-5900
                                    jcroasdell@rodey.com