IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDRAS SZANTHO, as Personal
Representative of the Wrongful Death
Estate of FLORIN IORDACHE,

      Plaintiff,

vs.                                                                 No. 1:25-cv-00108-JCH-SCY

GREAT DANE, LLC; GREAT DANE
LIMITED PARTNERSHIP; GREAT
DANE TRAILERS; CRA TRAILERS, INC.;
and THERMO KING FRESNO, INC.,

      Defendants.

## **CERTIFICATE OF SERVICE**

THE UNDERSIGNED hereby certifies that on August 4, 2025, pursuant to D.N.M.LR-Civ 26.2 *Defendant Thermo King Fresno, Inc.'s Answers and Objections to Plaintiff's First Set of Interrogatories* and *Defendant Thermo King Fresno, Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Production* were served via electronic mail upon counsel of record for Plaintiff as follows:

| | |
|---|---|
| Reed Colfax, Esq. | Lee R. Hunt, Esq. |
| Emahunn Campbell, Esq. | Aimee S. Bevan, Esq. |
| RELMAN COLFAX, PC | HUNT LAW FIRM |
| 7 Upper Pond Road | 518 Old Santa Fe Trail, #501 |
| Santa Fe, NM 87505 | Santa Fe, New Mexico 87505 |
| P: 505-699-8494 | P: (505) 954-4868 |
| rcolfax@relmanlaw.com | F: (505) 819-0022 |
| ecampbell@relmanlaw.com | lee@huntlaw.com |
| | aimee@huntlaw.com |

along with a courtesy copy of this Certificate of Service.

                                              Respectfully submitted,

**MAYER LLP**

By:    _/s/ Moses Winston_
       Moses B. Winston

4101 Indian School Rd NE, Ste. 301N
Albuquerque, New Mexico 87110
Telephone:  505.483.1850
Facsimile:   505.483.1841
Email:       MWinston@mayerllp.com

*Attorneys for Defendant Thermo King Fresno, Inc.*

# CERTIFICATE OF SERVICE

THE UNDERSIGNED hereby certifies that on August 4, 2025, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF pursuant to Federal Rule of Civil Procedure 5.

By:    _/s/ Moses B. Winston_
       Moses B. Winston