UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Steven C. Yarbrough**
**United States Magistrate Judge**

**Clerk's Minutes**

*Szantho v. Great Dane LLC*, 25cv108 JCH/SCY

August 7, 2025 at 10:30 a.m.

| | |
|---|---|
| **PRESENT FOR PLAINTIFF:** | Reed Colfax |
| | Emahunn Campbell |
| **PRESENT FOR DEFENDANTS GREAT DANE LLC, GREAT DANE LIMITED PARTNERSHIP, GREAT DANE TRAILERS, AND CRA TRAILERS, INC.:** | Jeffrey Croasdell |
| **PRESENT FOR DEFENDANT THERMO KING FRESNO, INC.:** | Moses Winston |

**TYPE OF PROCEEDING:** Telephone Status Conference
Total Time – 10 Minutes

**COURT'S NOTES/RULINGS:**

- The Court initiates the conference and the parties enter their appearances. The Court is not on the record.
- The purpose of this status conference is to discuss setting a settlement conference. The Court also follows up on the citizenship of the LLCs that include trusts, noting the Tenth Circuit recently issued a published opinion on this topic. *ADA Carbon Sols. (Red River), LLC v. Atlas Carbon, LLC*, __ F.4th __, 2025 WL 2178059 (10th Cir. Aug. 1, 2025).
- Mr. Croasdell agrees to file something on the docket by Monday.
- The parties wish to conduct further discovery before holding a settlement conference. The parties may also use a private mediator.
- The Court will hold a status conference in the next 60 days to discuss setting a settlement conference at that point. If the parties opt to use a private mediator, they should contact the Court and the Court will vacate the status conference. If the parties agree on scheduling extensions, they should submit a proposed order to the Court.
- There being nothing further, the Court concludes the conference.