IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANDRAS SZANTHO, as Personal Representative of the Wrongful Death Estate of FLORIN IORDACHE,<br><br>Plaintiff,<br><br>v.<br><br>GREAT DANE LLC; GREAT DANE LIMITED PARTNERSHIP; GREAT DANE TRAILERS; CRA TRAILERS, INC.; and THERMO KING FRESNO, INC.,<br><br>Defendants. | Civil Action No. 1:25-CV-108-JCH-SCY |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER MODIFYING CASE MANAGEMENT DEADLINES**

Plaintiff Andras Szantho, as Personal Representative of the Wrongful Death Estate of Florin Iordache; Defendant Great Dane LLC, Great Dane Limited Partnership, and Great Dane Trailers; and Defendant Thermo King Fresno, Inc. (collectively, the "Parties"), each through their undersigned counsel, jointly request the Court to enter the attached Stipulated Order modifying the remaining case management deadlines by 45 days.

Date: August 19, 2025

Respectfully Submitted,

RELMAN COLFAX PLLC

By: */s/ Reed Colfax*
Reed Colfax
7 Upper Pond Road
Sante Fe, NM 87505
Tel: (505) 699-8494
rcolfax@relmanlaw.com

Emahunn Raheem Ali Campbell
1225 19th Street, NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
*ecampbell@relmanlaw.com*

*Attorneys for Plaintiff*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
By: /s/ Jeffrey Croasdell
P.O. Box 1888
Albuquerque, New Mexico 87103
(505) 765-5900
*jcroasdell@rodey.com*

*Attorney for Defendant Great Dane*

MAYER LLP
By: /s/ Moses B. Winston
4101 Indian School Rd NE, Suite 301N
Albuquerque, New Mexico 87110
(505) 483-1840
*mwinston@mayerllp.com*

*Attorney for Defendant Thermo King Fresno, Inc.*