IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDRAS SZANTHO, as Personal Representative of the Wrongful Death Estate of FLORIN IORDACHE,

    Plaintiff,

v.

GREAT DANE LLC; GREAT DANE LIMITED PARTNERSHIP; GREAT DANE TRAILERS; CRA TRAILERS, INC.; and THERMO KING FRESNO, INC.,

    Defendants.

No. 1:25-CV-108-JCH-SCY

## ORDER GRANTING STIPULATED MODIFIED CASE MANAGEMENT DEADLINES AND DISCOVERY PARAMETERS

**THIS MATTER** came before the Court on the Parties' Joint Motion for Entry of Stipulated Order Amending the Scheduling Order. Finding that request well-founded, the Court hereby Orders that the case management deadlines be amended as follows:

a) Plaintiff's Rule 26(a)(2) expert disclosure: October 3, 2025

b) Defendants' Rule 26(a)(2) expert disclosure: November 3, 2025

c) Termination date for discovery: December 18, 2025

d) Motions relating to discovery to be filed by: January 8, 2026

e) Pretrial motions other than discovery motions filed by: January 16, 2026

_____
**STEVEN C. YARBROUGH**
**United States Magistrate Judge**